1

2   ADAM J. GUTRIDE, ESQ. (BAR NO. 181446)
    adam@gutridesafier.com
3   SETH A. SAFIER, ESQ. (BAR NO. 197427)
    seth@gutridesafier.com
4   GUTRIDE SAFIER LLP
    835 Douglass Street
5   San Francisco, CA 94114
    Telephone: (415) 271-6469
6   Facsimile: (928) 438-1285

7   MICHAEL R. REESE, ESQ. (BAR NO. 206773)
    GUTRIDE SAFIER LLP
8   230 Park Avenue, Suite 963
    New York, NY 10169
9   Telephone: (212) 579-4625
    Facsimile: (212) 253-4272
10
    Attorneys for Plaintiffs and the proposed class
11

12  FELICIA Y. FENG (BAR NO. 184346)
    ffeng@mckennalong.com
13  MCKENNA LONG & ALDRIDGE LLP
    101 California Street, Floor 41
14  San Francisco, CA 94111
    Telephone: (415) 267-4000
15  Facsimile: (415) 267-4198

16
    DAVID L. BALSER (GA BAR NO. 035835)
17  (ADMITTED PRO HAC VICE)
    dbalser@mckennalong.com
18  NATHAN L. GARROWAY (GA. BAR NO. 142194)
    (ADMITTED PRO HAC VICE)
19  ngarroway@mckennalong.com
    McKENNA LONG & ALDRIDGE LLP
20  303 Peachtree Street, N.E., Suite 5300
    Atlanta, GA 30308
21  Telephone:    (404) 527-4000
    Facsimile:    (404) 527-4198
22
    Attorneys for Defendant
23  PeoplePC, Inc.

24

25

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY NELSON, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLE PC, INC., a foreign corporation, and DOES 1 to 50,<br><br>Defendants. | CASE NO. 3:07-cv-1386-PJH<br><br>STIPULATION TO CONTINUE HEARING ON MOTION TO REMAND UNTIL MAY 30, 2007 |

## STIPULATION

**WHEREAS**, Plaintiff Corey Nelsen ("Plaintiff") filed a Motion to Remand on April 9, 2007 (and an amended Motion to Remand on April 10, 2007) and scheduled a hearing for May 16, 2007;

**WHEREAS**, the parties have agreed to continue the hearing date until May 30, 2007 because Counsel for Defendant is preparing for a preliminary injunction hearing in another case;

**THEREFORE, IT IS HEREBY STIPULATED,** by and between the parties through their undersigned counsel, that the hearing on Plaintiff's Motion for Remand should be continued from May 16, 2007 at 9:00 A.M. until May 30, 2007 at 9:00 A.M.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated April 20, 2007 | /s/Adam J. Gutride (with express permission) |
| 4 | | ADAM J. GUTRIDE, ESQ. |
| | | SETH A. SAFIER, ESQ. |
| 5 | | GUTRIDE SAFIER LLP |
| | | 835 Douglass Street |
| 6 | | San Francisco, CA 94114 |
| | | Telephone: (415) 271-6469 |
| 7 | | Facsimile: (928) 438-1285 |
| 8 | | MICHAEL R. REESE, ESQ. |
| | | GUTRIDE SAFIER LLP |
| 9 | | 230 Park Avenue, Suite 963 |
| | | New York, NY 10169 |
| 10 | | Telephone: (212) 579-4625 |
| | | Facsimile: (212) 253-4272 |
| 11 | | |
| 12 | | *Attorneys for Plaintiffs and the Proposed Class* |
| 13 | | |
| 14 | Dated: April 20, 2007 | /s/ Nathan L. Garroway |
| | | DAVID L. BALSER (*Pro Hac Vice*) |
| 15 | | NATHAN L. GARROWAY (*Pro Hac Vice*) |
| | | McKENNA LONG & ALDRIDGE LLP |
| 16 | | 303 Peachtree Street, N.E., Suite 5300 |
| | | Atlanta, GA 30308 |
| 17 | | Telephone: (404) 527-4000 |
| | | Facsimile: (404) 527-4198 |
| 18 | | Email: dbalser@mckennalong.com |
| 19 | | |
| | | FELICIA Y. FENG |
| 20 | | McKenna Long & Aldridge LLP |
| | | 101 California Street, Floor 41 |
| 21 | | San Francisco, CA 94111 |
| | | Telephone: (415) 267-4000 |
| 22 | | Facsimile: (415) 267-4198 |
| 23 | | |
| | | *Attorneys for Defendant PeoplePC, Inc.* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY NELSON, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>PEOPLE PC, INC., a foreign corporation, and DOES 1 to 50,<br><br>        Defendants. | CASE NO. 3:07-cv-1386-PJH<br><br>**ORDER REGARDING HEARING ON MOTION TO REMAND** |

## [~~PROPOSED~~] ORDER

The hearing on Plaintiff's Motion to Remand scheduled for May 16, 2007, at 9:00 A.M. is hereby continued until May 30, 2007, at 9:00 A.M.

Dated: April 24, 2007

IT IS SO ORDERED
Judge Phyllis J. Hamilton